IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:04-CR-038-R |
| | § | |
| CHRISTOPHER DEAN LANCASTER, | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. §636(b)(1), this Court is of the opinion that the Findings, Conclusions and Recommendation of United States Magistrate Paul D. Stickney (filed August 1, 2005) are correct, and they are hereby **ADOPTED** as the Findings of this Court.

It is so **ORDERED**.
SIGNED: August 16, 2005.

JUDGE JERRY BUCHMEYER
SENIOR U.S. DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS